UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
TRYE, ET AL,                                                   :
:                **SCHEDULING ORDER**
Plaintiffs,                                        :
:                25 Civ. 3099 (AKH)
-against-                                              :
:
CITY OF NEW YORK, ET AL,                                       :
:
Defendants.                                        :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

  1. The status conference previously scheduled for October 3, 2025, at 10 a.m. is hereby canceled.

  2. The parties are hereby ordered to appear for a status conference on October 17, 2025, at 10 a.m., which will be held via the following call-in number:

  **Call-in number: 646-453-4442 | Access code: 930 597 021#**

  To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **10 minutes** prior to the start of the conference.

  Finally, no later than October 14, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

  SO ORDERED.

Dated: September 29, 2025       /s/ Alvin K. Hellerstein
    New York, New York      ALVIN K. HELLERSTEIN
                  United States District Judge